IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-2626-AP**

**CAROL E. WHEDBEE,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Reopen (doc. #20), filed June 9, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is reopened for review by the court.

Dated this 13th day of June, 2006.

                      BY THE COURT:

                      S/John L. Kane
                      JOHN L. KANE, SENIOR JUDGE
                      UNITED STATES DISTRICT COURT