IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02626-AP

CAROL E. WHEDBEE,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
WILLIAM E. BENJAMIN
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
(303) 442-9005
(303) 442-2345 (fax)
E-mail: wbenjaminlaw@ecentral.com

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0770 (fax)
E-mail: tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:   12/22/04**

    B.    **Date Complaint Was Served on U.S. Attorney's Office:   01/03/05**

    C.    **Date Answer and Administrative Record Were Filed:   06/09/06**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Plaintiff has requested updated medical records from her providers that she has not received. Upon their receipt, she will attach them to her Opening Brief.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties state that this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:   07/31/06**

    B.    **Defendant's Response Brief Due:   09/15/06**

    C.    **Plaintiff's Reply Brief (If Any) Due:   09/29/06**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(   )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 21st  day of <u>June</u>, 2006.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

                                              UNITED STATES ATTORNEY

| | |
|---|---|
| s/ William E. Benjamin | s/ Thomas H. Kraus |
| WILLIAM E. BENJAMIN | By: THOMAS H. KRAUS |
| 5350 Manhattan Circle, Suite 105 | Special Assistant U.S. Attorney |
| Boulder, CO 80303 | |
| (303) 442-9005 | *Mailing Address:* |
| (303) 442-2345 (fax) | 1961 Stout St., Suite 1001A |
| E-mail: wbenjaminlaw@ecentral.com | Denver, Colorado  80294 |
| | Telephone:  (303) 844-0017 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |